# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2009

138139

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JAMES TURNER ROBINSON, JR.,
      Plaintiff-Appellant,

v

SC: 138139
COA: 281551
Wayne CC: 07-709153-NI

YU FEN TAN,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 16, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2009

_____
Clerk

0527